

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00259-CV

**IN THE INTEREST OF A.P., ET AL., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01950
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Appellee's second motion for extension of time to file the appellee's brief is granted. We order the appellee's brief due September 26, 2016. The appellee is advised that if the brief not timely filed, the court may set the appeal for submission without an appellee's brief and without further notice.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court